UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CLAUDE RAYMOND, A 964 316 34,

    Petitioner,

  -v-

BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Respondent.

DECISION AND ORDER
06-CV-0498Sr

---

    Petitioner, Claude Raymond, filed a petition for habeas corpus relief, pursuant to 28 U.S.C. § 2241, challenging his continued administrative custody/detention pending removal because respondent had been unable to timely effect his removal to Haiti. (Docket No. 1). Respondent has filed a motion to dismiss the petition as moot on the ground that petitioner's removal to Haiti was effected on or about August 14, 2006. (Docket No. 4; Docket No. 5, Declaration of Donald Vaccaro, Jr. dated September 29, 2006, ¶ 4, and Exhibit A).

    Accordingly, in light of the fact that petitioner's removal has been effected and that the relief requested in the petition has been granted, *i.e.*, release from administrative detention pending removal, the respondent's motion to dismiss the petition is granted and the petition is dismissed.

    SO ORDERED.

Dated:   Nov. 15, 2006
        Rochester, New York

                                                  *Charles J. Siragusa*
                                                  CHARLES J. SIRAGUSA
                                                  United States District Judge